IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARTIN J. GREEN,                          :

    Plaintiff,                           :

vs.                                        :       CA 13-0368-WS-C

CAROLYN W. COLVIN,                         :
Acting Commissioner of Social Security,
                                           :
    Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 26, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of March, 2014.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**