# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARTIN J. GREEN, | : | |
| Plaintiff, | : | |
| vs. | : | CA 13-0368-WS-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 11, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 9th day of July, 2014.

        s/WILLIAM STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**