IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARTIN J. GREEN,                :

   Plaintiff,                :

vs.                             :       CA 13-0368-WS-C

CAROLYN W. COLVIN,              :
Acting Commissioner of Social Security,
                                :
   Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $1,209.20 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE** this 9th day of July, 2014.

               s/WILLIAM H. STEELE
               **CHIEF UNITED STATES DISTRICT JUDGE**